Susan Martin (AZ#014226)
Daniel Bonnett (AZ#014127)
Jennifer Kroll (AZ#019859)
Michael Licata (AZ#033941)
Martin & Bonnett, P.L.L.C.
4647 N. 32nd Street, Suite 185
Phoenix, Arizona 85018
Telephone: (602) 240-6900; Facsimile: (602) 240-2345
smartin@martinbonnett.com
dbonnett@martinbonnett.com
jkroll@martinbonnett.com
mlicata@martinbonnett.com
*Attorneys for Plaintiffs*

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| David Collinge, Melonie Priestly, Heather Arras, Robert Campagna, John Morena, Brian Black, and Brian Kingman on behalf of themselves and all others similarly situated,<br><br>Plaintiffs,<br><br>vs.<br><br>IntelliQuick Delivery, Inc., an Arizona corporation; Keith Spizzirri and Miriam Spizzirri, husband and wife; Transportation Authority, LLC, a Nevada corporation; Robert F. Lorgeree, Jr; Majik Leasing, LLC, an Arizona corporation, Felica Tavison; Jason Mittendorf and Jane Doe Mittendorf; Jeffrey Lieber; William "Bill" Cocchia and Jane Doe Cocchia; Steven Anastase and Jane Doe Anastase; Majik Enterprises I, Inc., an Arizona corporation,<br><br>Defendants. | No. CV-12-00824-JWS<br><br>PLAINTIFFS' MOTION TO EXCEED PAGE LIMIT ON PLAINTIFFS' UNOPPOSED MOTION FOR PRELIMINARY APPROVAL OF CLASS ACTION SETTLEMENT AGREEMENT AND FOR ORDER DIRECTING NOTICE TO CLASS MEMBERS |

Pursuant to LR Civ 7.2(e), Plaintiffs hereby move to exceed the page limit on

Plaintiffs' Unopposed Motion for Preliminary Approval of Class Action Settlement and

1

1  for Order Directing Notice to Class Members.

2      The proposed class action settlement is an extensive and detailed agreement for settlement of FLSA class and collective action claims. Additional pages are necessary to fully apprise the Court of the details of the settlement and address the criteria for preliminary approval. Accordingly, Plaintiff respectfully requests permission to exceed the page limitation by an additional 6 pages for a total of 23 pages A proposed form of order approving this request is attached hereto.

    Respectfully submitted this 29th day of January, 2019.

                                  MARTIN & BONNETT, P.L.L.C.

                                  By: /s/   Daniel L. Bonnett
                                     Susan Martin
                                     Daniel L. Bonnett
                                     Jennifer Kroll
                                     Michael Licata
                                     4647 N. 32nd Street, Suite 185
                                     Phoenix, Arizona 85018
                                     Telephone: (602) 240-6900

                                     *Attorneys for Plaintiffs*

**CERTIFICATE OF SERVICE**

I hereby certify that on January 29, 2019, I electronically transmitted the attached document to the Clerk's Office using the CM-ECF System for filing and transmittal of a Notice of Electronic filing to the following CM-ECF registrants:

> Mark Ogden, Esq.
> Cory Glen Walker, Esq.
> Christopher Miller Suffecool, Esq.
> Littler Mendelson, P.C.
> 2425 East Camelback Road, Suite 900
> Phoenix, AZ 85016
>
> Rick D. Roskelley, Esq.
> Littler Mendelson, P.C.
> 3960 Howard Hughes Parkway, Suite 300
> Las Vegas, NV  89169-5937

*Attorneys for Defendants IntelliQuick Delivery Inc., Keith Spizzirri, Miriam Spizzirri, Majik Leasing, LLC, Felicia Tavison, Jason Mittendorf, Jane Doe Mittendorf, Jeffrey Lieber, William "Bill" Cocchia, Jane Doe Cocchia, Steven Anastase, Jane Doe Anastase, and Majik Enterprises I, Inc.*

s/Kathy Pasley